IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT LEE JACKSON, JR,

    Petitioner,

v.                                     CASE NO. 4:09-cv-00146-MP-WCS

CHARLIE CRIST,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 9, Report and Recommendation of the Magistrate Judge, recommending that this case be transferred to the United States District Court for the Middle District of Florida. The Court agrees that the Middle District, the district of the conviction which he challenges, is the proper forum for this case. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk is directed to transfer this matter o the United States District Court for the Middle District of Florida for all further proceedings, and to forward all service copies (of Docs. 1, 2, and 5) with the transmittal letter on transfer.

**DONE AND ORDERED** this _3rd_ day of November, 2009

                                *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge