UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBERT LEE JACKSON,

    Petitioner,

v.                                        CASE NO.: 5:09-cv-483-Oc-23GRJ

SECRETARY, DEPT. OF CORRECTIONS.,
et al.,

    Respondents.
_____/

## ORDER

An April 7, 2010, order (Doc. 26) dismisses Jackson's Section 2254 petition without prejudice for failure to exhaust state court remedies. Jackson moves for issuance of a certificate of appealability (Doc. 28), for leave to appeal in forma pauperis (Doc. 30), and for a stay and bond pending appeal (Doc. 31).

A certificate of appealability should issue only upon a showing of the denial of a constitutional right. 28 U.S.C. §2253(c)(2). When a claim is rejected on procedural grounds, a petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. Slack v. McDaniel, 529 U.S. 473, 484 120 S. Ct. 1595, 1603-04 (2000).

Jackson has not demonstrated that reasonable jurists would find the assessment of the constitutional claims debatable or wrong. Accordingly, Jackson's application for a

certificate of appealability (Doc. 28), motion for leave to appeal in forma pauperis (Doc. 30), and motion for stay and for bond pending appeal (Doc. 31) are **DENIED.**

ORDERED in Tampa, Florida, on June 25, 2010.

/s/ Steven D. Merryday
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE